UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LIMARY MARTINEZ DAVILA<br><br>XXX-XX-4470<br><br><br>　　　　DEBTOR (S) | CASE NO. 16-04078-BKT<br><br><br><br>　　　　CHAPTER 13 |

TRUSTEE'S POSITION REGARDING DEBTORS
"MOTION REQUESTING RECONSIDERATION OF DISMISSAL"

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. On Feb 12, 2018 a Motion to Dismiss was filed by the here in appearing Chapter 13 Trustee, due to Debtor(s) failure to keep current with plan payments (Docket 46).

2. In consequence on Apr 17, 2018 an Order Dismissing case was entered by this Honorable Court (Docket 51).

3. On May 01, 2018 Debtor(s) filed a motion for reconsideration of said order dismissing the case (Docket 53).

4. The issues that provoked the motion for dismissal have been   s o l v e d since Debtor(s) have become up to date with the plan payments.

5. The Trustee would like to inform this Honorable Court that he has no opposition to either Debtor(s) request for reconsideration or to the reopening of this case.

**WHEREFORE**, the Trustee respectfully requests from Honorable Court to take note of the above and grant Debtor's motion in Docket no.53.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney and I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at his mailing address of record.

In San Juan, Puerto Rico this Thursday, May 3, 2018.

/s/ Jose R. Carrion

JOSE R. CARRION  CHAPTER 13 TRUSTEE
P.O. Box 9023884, San Juan,PR 00902
Tel (787)977-3535  FAX (787)977-3550